# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**KARIE GRAY,**

    **Plaintiff,**

**v.**                                                                  **Case No. 8:10-cv-877-T-30TBM**

**COMMONWEALTH FINANCIAL
SYSTEMS, INC.,**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*. Plaintiff brought this action in Florida state court alleging violations of the Florida Consumer Collection Practices Act, Fla Stat. 559.55 *et seq*. Defendant removed the action to this Court claiming that the controversy in the case is "based upon consumer protection rights created by and enforced through federal statute, 15 U.S.C. 1692a, *et seq*., entitled the Fair Debt Collection Practices Act."[1] The Court finds that Plaintiff makes no claim under the federal statute and therefore this Court does not have subject matter jurisdiction over the case. Though the complaint mentions the federal statute, the single count of the complaint alleges only violations of the Florida statute. The Court remands this action without prejudice. If it becomes apparent at a later date that Plaintiff is seeking recovery under the federal statute, Defendant may remove

---

[1] Notice of Removal at ¶3.

the action to this Court.

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to **REMAND** this case to the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida. The Clerk is also directed to forward a certified copy of this Order to that Court.

2. The Clerk is also directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on April 23, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-877.sua sponte remand.wpd